QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Gil Diaz-Villasenor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:04-cr-5030 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON |
| v. | ) | |
| MANUEL URENA, et al., | ) | |
| Defendants. | ) | DATE: September 12, 2005<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel of record herein, that the Motions schedule will be reset as follows: Defendants' motions to be filed on or before May 12, 2005 are hereby extended to **July 25, 2005**; the Government's responses to defendants' motions to be filed on or before May 26, 2005 are hereby extended to **August 15, 2005**; any reply to said Government's responses to be filed on or before June 9, 2005 is hereby extended to **August 29, 2005**; and the hearing on said motions, presently set for May 31, 2005 is hereby continued to **September 12, 2005 at 9:00 a.m.**

The reason for the continuance is to allow defense counsel sufficient time to respond to the Government's Supplemental Opposition to Defendants Urena and Diaz-Villasenor's Motion to Suppress Evidence which was filed on November 30, 2004.

The parties agree that the delay resulting from the continuance shall be excluded in the

interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: May 26, 2005

McGREGOR W. SCOTT
United States Attorney

By /s/ Virna L. Santos
VIRNA L. SANTOS
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: May 26, 2005

GARCIA, SCHNAYERSON AND MOCKUS

By /s/ Jesse J. Garcia
JESSE J. GARCIA
Attorney for Defendant
MANUEL URENA

DATED: May 26, 2005

QUIN DENVIR
Federal Defender

By /s/ Mark A. Lizarraga
MARK A. LIZARRAGA
Assistant Federal Defender
Attorneys for Defendant
GIL DIAZ-VILLASENOR

DATED: May 26, 2005

LAW OFFICE OF PRECILIANO MARTINEZ

By /s/ Preciliano Martinez
PRECILIANO MARTINEZ
Attorney for Defendant
ROSALIO PONCE DELGADO

DATED: May 26, 2005

/s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant
GERARDO DIAZ GARCIA

## ORDER

IT IS SO ORDERED.

**Dated:   May 27, 2005**
0m8i78

/s/ **Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule & Hearing        2