QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Gil Diaz-Villasenor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:04-cr-5030 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE; AND ORDER THEREON |
| v. | ) | |
| MANUEL URENA, et al., | ) | DATE: September 12, 2005 |
| Defendants. | ) | TIME:   9:00 a.m. |
| | ) | JUDGE: Hon. Anthony W. Ishii |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel of record herein, that the Motions schedule will be reset as follows: Defendants' motions filing date of July 25, 2005 is hereby extended to **August 22, 2005**;  the Government's response date to defendants' motions is vacated; and the optional reply date of  August 29, 2005 is extended to **September 5,  2005**; the hearing date (i.e.,**September 12, 2005 at 9:00 a.m.**) remains the same.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C.

///

///

///

///

§3161(h)(8)(B)(iv).

DATED: July 28, 2005     McGREGOR W. SCOTT
United States Attorney

/s/ Virna L. Santos
VIRNA L. SANTOS
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: July 28, 2005     GARCIA, SCHNAYERSON AND MOCKUS

/s/Joseph E. Mockus  (for)
JESSE J. GARCIA
Attorney for Defendant
MANUEL URENA

DATED: July 28, 2005     QUIN DENVIR
Federal Defender

/s/ Mark A. Lizarraga
MARK A. LIZARRAGA
Assistant Federal Defender
Attorney for Defendant
GIL DIAZ-VILLASENOR

DATED: July 28, 2005     LAW OFFICE OF PRECILIANO MARTINEZ

/s/ Preciliano Martinez
PRECILIANO MARTINEZ
Attorney for Defendant
ROSALIO PONCE DELGADO

DATED: July 28, 2005     /s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant
GERARDO DIAZ GARCIA

**ORDER**

IT IS SO ORDERED.

**Dated:   July 29, 2005**     **/s/ Anthony W. Ishii**
0m8i78     UNITED STATES DISTRICT JUDGE