DENNIS S. WAKS, Bar #142581
Acting Federal Defender
MARK A. LIZÁRRAGA, #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Gil Diaz-Villasenor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:04-cr-5030 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE/EVIDENTIARY HEARING; |
| v. ) | AND ORDER THEREON |
| ) | |
| MANUEL URENA, et al., ) | DATE: March 20, 2006 |
| ) | TIME: 9:00 a.m. |
| Defendants. ) | JUDGE: Hon. Anthony W. Ishii |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel of record herein, that the status conference and evidentiary hearing now set for January 30, 2006, may be continued to March 20, 2006, at 9:00 a.m.

The reason for this continuance is to allow parties addition time to attempt to resolve the case and coordinate meetings to negotiate a settlement. Parties request one final opportunity to try to resolve this matter.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

| | | |
|---|---|---|
| 1 | DATED: January 26, 2006 | McGREGOR W. SCOTT |
| 2 | | United States Attorney |

                                                        /s/ Virna L. Santos
VIRNA L. SANTOS
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: January 26, 2006          GARCIA, SCHNAYERSON AND MOCKUS

                                                        /s/Jesse J. Garcia
JESSE J. GARCIA
Attorney for Defendant
MANUEL URENA

DATED: January 26, 2006          DENNIS S. WAKS
                                       Acting Federal Defender

                                             /s/ Mark A. Lizarraga
MARK A. LIZARRAGA
Assistant Federal Defender
Attorney for Defendant
GIL DIAZ-VILLASENOR

DATED: January 26, 2006          LAW OFFICE OF PRECILIANO MARTINEZ

                                             /s/ Preciliano Martinez
PRECILIANO MARTINEZ
Attorney for Defendant
ROSALIO PONCE DELGADO

DATED: January 26, 2006          /s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant
GERARDO DIAZ GARCIA

Stipulation to Continue Evidentiary Hearing          2

1 **ORDER**

2 IT IS SO ORDERED.

3 **Dated:    January 27, 2006**                    **/s/ Anthony W. Ishii**
4 0m8i78                                                               UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28