McGREGOR W. SCOTT
United States Attorney
VIRNA L. SANTOS
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. F-04-5030 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE HEARING ON MOTION TO SUPPRESS |
| v. | ) ) | |
| MANUEL URENA, et al., | ) ) | HON. ANTHONY W. ISHII |
| Defendant. | ) ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorney for Plaintiff and JESSE GARCIA, and SALVATORE SCIANDRA, attorneys for defendants, that the hearing on defendants' motion to suppress, currently scheduled for July 24, 2006, shall be continued until **October 2, 2006 at 9:00 a.m.**

   The parties continue to make progress toward negotiated resolution of this matter, which will obviate the need for the court to resolve the pending motion to suppress. The parties anticipate that the defendants will enter guilty pleas on the new hearing date. The parties further stipulate that time shall be excluded for the above purposes until the new hearing date of October 2, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A).

1

1      IT IS SO STIPULATED.

2 Dated:  July 14, 2006                            Respectfully submitted,

3                                             McGREGOR W. SCOTT
United States Attorney

5                                             By /s/ Virna L. Santos
  VIRNA L. SANTOS
6                                             Assistant U.S. Attorney

8 Date: July 12, 2006                               By /s/ Jesse J. Garcia
  JESSE J. GARCIA
9                                             Attorney for Defendant Manuel Urena

10 Date: July 12, 2006                               By /s/ Salvatore Sciandra
11                                               SALVATORE SCIANDRA
Attorney for Defendant Gerardo Diaz-Garcia

## ORDER

The parties stipulated request to continue the motions hearing on this matter to **October 2, 2006 at 9:00 a.m.**  is hereby **GRANTED**.  Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) at both parties request to allow for further investigation by defense counsel.

IT IS SO ORDERED.

**Dated:   July 14, 2006**                             /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE