JESSE J. GARCIA  Bar # 41825
GARCIA, SCHNAYERSON & MOCKUS
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California  94544
(510) 887-7445

Attorney for Defendant
MANUEL URENA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,    ) | |
| ) | CASE NO. CR 04-5030-AWI - 1 |
| Plaintiffs,          ) | |
| ) | **STIPULATION AND** |
| vs.                         ) | **ORDER TO CONTINUE** |
| ) | **STATUS HEARING** |
| ) | |
| MANUEL URENA         ) | |
| ) | DATE:     October  2, 2006 |
| Defendant.          ) | TIME:     9:00 a.m. |
| _____ ) | JUDGE:   Hon Anthony W. Ishii |

MANUEL URENA , by and through his counsel, JESSE J. GARCIA, and the United

States Government, by and through its counsel Verna Santos,  Assistant United States Attorney,

and SALVATORE SCIANDRA hereby agree that the status hearing set for October  2, 2006,

be re-scheduled. At this time I am currently also counsel in the matter of People vs. Romano

Rodriguez, Alameda County, docket #387150, which is a on-going homicide case which has

been continued to October 2 , 2006 as well The parties further stipulate that time shall be

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND
(PROPOSED) ORDER CR-0530-AWI-1                                                                                           1

excluded for the above purposes until the new hearing date of .October 30, 2006, pursuant to 18 U.S.C. §3161(h)(8)(A).

For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the status hearing from October 2,2006 at 9:00 a.m. to October 30, 2006 , or the next available date.

IT IS SO STIPULATED.

DATED:     September 21, 2006

                                        Respectfully submitted,

                                        /s/
                                        JESSE J. GARCIA
                                        Attorney for Defendant
                                        MANUEL URENA

DATED:     September 21, 2006

                                        /s/
                                        VERNA SANTOS
                                        United States Attorney

Upon good cause shown, the status hearing is continued from October 2, 2006 at 9:00 a.m. to  October 30, 2006 , or the next available date.

IT IS SO ORDERED.

**Dated:    September 25, 2006**          **/s/ Anthony W. Ishii**
9h0d30                                    UNITED STATES DISTRICT JUDGE