**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
5151 North Palm Avenue, Suite 10
Fresno, California 93704
(559) 227-1515 Telephone
(559) 221-6557 Facsimile

Attorney for Defendant, MANUEL URENA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:04-cr-5030 AWI |
| Plaintiff, | **EX PARTE APPLICATION FOR ORDER RE OPTOMETRIC EXAMINATION FOR CORRECTIVE LENSES** |
| v. | |
| MANUEL URENA, | **Date** : July 9, 2007 |
| Defendant. | **Time** : 9:00 a.m. |
| | **Judge** : Hon. Anthony W. Ishii |

Defendant, MANUEL URENA, by and through his counsel of record, DALE A. BLICKENSTAFF, hereby applies for an Order of the Court directing the Fresno County Jail to arrange for an optometric examination so that defendant may have his vision evaluated for new prescriptive lenses.

This application is based upon all documents on file herein and the Declaration attached hereto.

Dated: July 9, 2007           /s/ Dale A. Blickenstaff
                              DALE A. BLICKENSTAFF
                              Attorney for Defendant, MANUEL URENA

# ORDER

IT IS SO ORDERED that defendant, MANUEL URENA, currently in the custody of Fresno County Jail be given an optometric examination in order to receive a prescription for corrective lenses. The new prescription for said lenses is to made available to the defendant and or his attorney who thereafter may make arrangements for filling the prescription.

IT IS SO ORDERED.

**Dated:   July 11, 2007**                            /s/ Anthony W. Ishii
                                                     UNITED STATES DISTRICT JUDGE